1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

LI ZHAO,

                Plaintiff,

      v.

KRISTI NOEM, *et al.*,[1]

             Defendants.

Case No. 2:24-cv-01894-JHC

STIPULATED MOTION TO DISMISS
AND ORDER

15

16

17

18

19

20

21

       Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own fees and costs.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the application, and this case is now moot.

//

22

23

24

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Department of Homeland Security Kristi Noem for Alejandro Mayorkas, U.S. Citizenship and Immigration Services ("USCIS") Senior Official Performing the Duties of the Director Kika Scott for Ur M. Jaddou and U.S. Attorney General Pamela Bondi for Merrick Garland.

STIPULATED MOTION TO DISMISS & ORDER
[Case No. 2:24-cv-01894-JHC] - 1

1    DATED this 28th day of April, 2025.

2    Respectfully submitted,

3    TEAL LUTHY MILLER
     Acting United States Attorney

4
     s/ Michelle R. Lambert                        s/ Li Zhao
5    MICHELLE R. LAMBERT, NYS #4666657              LI ZHAO, *Pro Se* Plaintiff
     Assistant United States Attorney               1710 S Bayview Street
6    United States Attorney's Office                Seattle, WA 98144
     Western District of Washington
7    1201 Pacific Avenue, Suite 700
     Tacoma, Washington 98402
8    Phone: (253) 428-3800
     Fax:    (253) 428-3826
9    Email:  michelle.lambert@usdoj.gov

10   *Attorneys for Defendants*

11   *I certify that this memorandum contains 78*
     *words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

1

## ORDER

2          The case is dismissed without prejudice, with each party to bear their own fees and costs.

3   It is so **ORDERED**.

4

5          DATED this 28th day of April, 2025.

6                                              *John H. Chun*

7                                              JOHN H. CHUN
                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24